# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10ᵗʰ Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 29, 2025

**Via Email and ECF**
Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> The bail modification is **GRANTED.**
> SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> December 29, 2025

Re:    **United States v. Kevin Straub**
       **25-mj-3267**

Dear Judge Willis,

I write at the suggestion of Pretrial Services and with the consent of the government requesting a modification of the bail conditions in the above-captioned case.

On October 15, 2025, Mr. Straub was released from custody on a $50,000 personal recognizance bond with two financially responsible cosigners, home detention, electronic monitoring, and other conditions including no possession of a smartphone of his own.

From his release into home detention, Mr. Straub has fully complied with the terms of pretrial release, and he recently secured a full-time job starting January 2, 2026.

We request that the Court modify Mr. Straub's bail conditions to permit him to own and possession a smartphone, to be monitored by Pretrial Services with remote software. Having a smartphone will help facilitate communication and scheduling with his Pretrial Services officer via an application from BI Smartlink used by Pretrial Services and will enable Mr. Straub to send live photos to his Supervising Officer to confirm his whereabouts in real time.

Respectfully submitted,

/s/
Michael Rooney
Attorney for Mr. Kevin Straub
917-565-1094

**CC:**
Nicholas Pavlis
Assistant United States Attorney
nicholas.pavlis@usdoj.gov